AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Simeon Adalid ESPINO-RAMOS,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 13-8382-JMH |

FILED by _____ D.C.
AUG 2 6 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 22, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after deportation. |

This criminal complaint is based on these facts:

See attached affidavit of United States Immigration and Customs Enforcement, United States Department of Homeland Security, Deportation Officer Andy Korzen

☑ Continued on the attached sheet.

*I find probable cause.*

Sworn to before me and signed in my presence.

Date: __08/26/2013__

City and state: __West Palm Beach, Florida__

_____
*Complainant's signature*
ICE D/O Andy Korzen
*Printed name and title*

_____
*Judge's signature*
U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## UNITED STATES v. SIMEON ADALID ESPINO-RAMOS
## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over ten years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Simeon Adalid ESPINO-RAMOS committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 22, 2013, an individual identifying himself as Simeon Adalid ESPINO-RAMOS was arrested in Palm Beach County, Florida on charge of driving without a driver's license -3-rd offense. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Simeon Adalid ESPINO-RAMOS.

4. On or about August 23, 2013, your affiant reviewed documents from the immigration alien file assigned to Simeon Adalid ESPINO-RAMOS.

1

Records within the alien file assigned to Simeon Adalid ESPINO-RAMOS show that he is a native and citizen of Honduras. Records further show that on or about July 25, 2006, Simeon Adalid ESPINO-RAMOS was ordered removed from the United States. The Order of Removal was executed on or about August 14, 2006, whereby Simeon Adalid ESPINO-RAMOS was removed from the United States to Honduras. Thereafter, Simeon Adalid ESPINO-RAMOS re-entered into the United States illegally and was removed on three additional separate occasions: on or about September 16, 2010, on or about June 8, 2011 and on or about August 3, 2011.

5. Additional records obtained by your affiant show that on or about July 31, 2006, in the United States District Court, Western District of Texas, Simeon Adalid ESPINO-RAMOS was convicted of illegal entry in case number DR06-7416M-01.

6. Records further show, that on or about July 14, 2011, in the United States District Court, Southern District of Texas, Simeon Adalid ESPINO-RAMOS was convicted of the offense of entering the United States illegally in case number 11-po-02114.

7. Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about August 22, 2013, that is, Simeon Adalid ESPINO-RAMOS was the same person previously removed from the United States on or about August 3, 2011.

8. On or about August 26, 2013, your affiant received the Certificate of Nonexistence of Records pertaining to Alien File Number A094 773 698 for the alien identified as Simeon Adalid ESPINO-RAMOS, verifying that, after a diligent search, no record was found to exist indicating that Simeon Adalid ESPINO-RAMOS had obtained consent from either the Attorney General of the United States or the Secretary of the Department of Homeland Security for re-admission into the United States as required by law.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about August 22, 2013, Simeon Adalid ESPINO-RAMOS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 26 day of August, 2013.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-8382-JMH

IN RE:

CRIMINAL COMPLAINT
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *(signature)*
STEPHEN CARLTON
ASSISTANT UNITED STATES ATTORNEY
Admin No. A5500011
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Stephen.Carlton@usdoj.gov